

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     The Board of Trustees of the Houston Firefighters' Relief and
                         Retirement Fund v. The City of Houston, Texas

Appellate case number:   01-12-01167-CV

Trial court case number: 1228760

Trial court:             189th District Court of Harris County

Date motion filed:       March 13, 2015

Party filing motion:     Appellee, The City of Houston, Texas

    It is ordered that the motion for rehearing is ⊠ **DENIED** ☐ **GRANTED.**


Judge's signature: <u>Harvey Brown                        </u>
                      ☐Acting individually    ☑Acting for the Court

Panel consists of: <u>Justices Jennings and Brown      </u>


Date: <u>July 14, 2015          </u>